UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** June 23, 2008
**Case No.:** CR- 07-0751 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Lee-Anne Shortridge
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v.  Larry Pollock (NC) (1) and Lynda Wallace (NC)(2)

**Attorney(s) for Plaintiff(s):** Jeff Nedrow
**Attorney(s) for Defendant(s):** Paul Meltzer - Larry Pollock
Steven Manchester - Lynda Wallace

## PROCEEDINGS

Status re Trial Setting

## ORDER AFTER HEARING

Hearing Held.  Defendants not present and not in custody for proceedings.  The Court continued this matter to September 15, 2008 at 1:30 PM for Trial Setting/Further Status.  Time is excluded from June 23, 2008 through September 15, 2008 to accommodate discovery disclosure and for efforts to resolve this matter short of trial.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: