Jul 07 2008  US ATTORNEY OFFICE  Fax  Jul 7 2008 04:51pm P002/005
Case 5:07-cr-00751-JW   Document 18   Filed 07/10/2008   Page 1 of 4
07/07/2008 15:20  4082871554  MWS  PAGE 01/04
Jul 03 2008 4:25PM  Law Offices of Paul B. Me  831 426-2749  p.2

PAUL B. MELTZER - #77425
LAW OFFICES OF PAUL B. MELTZER
A Professional Corporation
511 Water Street
Santa Cruz, California 95060
Telephone: 831/426-6000

Attorney for Defendant, LARRY POLLOCK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 5:07-cr-00751-JW |
| | ) |
| Plaintiff, | ) STIPULATION TO CONTINUE |
| | ) ~~[PROPOSED]~~ ORDER THEREON |
| vs. | ) |
| | ) |
| LARRY POLLOCK, | ) Date: September 15th, 2008 |
| LYNDA WALLACE, | ) Time: 1:00 PM |
| | ) Judge: James Ware |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between counsel that there exists good cause to continue the above matter from September 15th, 2008 at 1:00 p.m. to September 29th, 2008 at 1:00 p.m. This continuance is requested due to the unavailability of counsel.

-1-
Stipulation to Continue
[Proposed] Order Thereon

In light of these facts, the parties agree that the time between September 15th, 2008 and September 29th, 2008 shall be excluded from the Speedy Trial Act requirements of Title 18, United States Code, § 3161 pursuant to Title 18, United States Code § 3161(h)(8)(A) and §3161(h)(8)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial, specifically based on the fact that defendant Pollock's counsel will be involved in a Jury Trial in the Superior Court of Santa Cruz County, People v. Singer case no. F16152, which precludes his involvement in both the September 15th, 2008 court appearance and meaningful participation in either resolving this case via a plea or preparing for trial between September 15th, 2008 and September 29th, 2008. For these reasons, the parties agree that a continuance is necessary to ensure that the defendant and defense counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny defendant Larry Pollock effective case preparation pursuant to 18 U.S.C. §3161(h)(8)(A0 and §3161(h)(8)(B)(iv).

Therefore, it is respectfully requested that the current Status Hearing date of September 15th, 2008 at 1:00 p.m. be vacated and the matter be continued to September 29th, 2008 at 1:00 p.m.

///

///

///

-2-
Stipulation to Continue
[Proposed] Order Thereon

THE PARTIES SO STIPULATE.

Dated: July 3, 2008       LAW OFFICES OF PAUL B. MELTZER

_____
PAUL B. MELTZER, Attorney for
Defendant, Larry Pollock

Dated: July 7, 2008       LAW OFFICES OF MANCHESTER, WILLIAMS & SEIBERT

_____
STEVEN R. MANCHESTER, Attorney for
Defendant, LYNDA WALLACE

Dated: July 7, 2008       UNITED STATES ATTORNEY

_____
JEFFREY NEDROW, United States Attorney

~~PROPOSED~~ ORDER

Good cause shown, therefore, IT IS HEREBY ORDERED that the Hearing set for September 15th, 2008 be vacated and the matter be reset for September 29th, 2008 at 1:00 p.m.

The Court finds that the time between September 15th, 2008 and September 29th, 2008 shall be excludable from the Speedy Trial Act requirements of Title 18, United States Code, §3161 pursuant to Title 18, United States Code, §3161(h)(8)(A) and §3161(h)(8)(B)(iv). The Court finds that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial specifically based on the fact that the defendant Pollock's counsel is involved in a Jury Trial in the Superior Court of Santa Cruz County, People v. Singer case no. F16152, which preclude his involvement in both the September 15th, 2008 court appearance and meaningful participation in either resolving this case via a plea or preparing for trial between September 15th, 2008 and September 29th, 2008. For these reasons, the parties agree that a continuance is necessary to ensure that the defendant and defense counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny defendant Larry Pollock effective case preparation pursuant to 18 U.S.C. §3161(b)(8)(A) and §3161(h)(8)(B)(iv).

SO ORDERED.

Dated: July 10, 2008

*James Ware*
HON. JAMES WARE, DISTRICT JUDGE
UNITED STATES DISTRICT COURT

-4-
Stipulation to Continue
[Proposed] Order Thereon