| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | JEFFREY D. NEDROW (CABN 161299)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 7 | Telephone: (408) 535-5045<br>Facsimile: (408) 535-5066<br>E-Mail: jeff.nedrow@usdoj.gov |

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00751-JW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [~~PROPOSED~~]<br>ORDER RE: CONTINUANCE OF<br>SENTENCING HEARING |
| LYNDA WALLACE, | ) | |
| Defendant. | ) | |

The United States, through its counsel Jeffrey Nedrow, and defendant Lynda Wallace, through her counsel Steve Manchester, hereby agree and stipulate to a continuance of the sentencing hearing in this case scheduled for January 11, 2010 to April 26, 2010 at 1:30 p.m.

The parties agree that the following reasons exist for this continuance:

Additional time is needed for the Probation Officer to receive and evaluate information pertinent to the preparation of the Presentence Report in this case. Accordingly, a continuance is necessary to provide the Court with a full picture of the offense conduct at sentencing. The Probation Officer has been informed of this requested continuance, and concurs with the proposed continuance and with the new proposed date of April 26, 2010.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | |
| 3 | January 6, 2010 | _____/s/_____ |
| 4 | | STEVE MANCHESTER<br>Counsel for Lynda Wallace |
| 5 | | |
| 6 | January 6, 2010 | _____/s/_____<br>JEFFREY D. NEDROW<br>Assistant United States Attorney |



UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 07-00751-JW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER CONTINUING SENTENCING |
| | ) | HEARING |
| LYNDA WALLACE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

This is the parties' final continuance. The Court sets an interim status hearing for **March 22, 2010 at 1:30 PM**. On **March 17, 2010**, the parties shall notify the Courtroom Deputy at (408) 535-5356 on the status of the sentencing preparation. If the parties inform the Court that the April 26 sentencing hearing will proceed as scheduled, the March 22 status hearing shall be vacated. If further continuance of the April 26 sentencing hearing is needed, the parties shall appear on the March 22, 2010 to make the request on the record. Defense counsel may file timely waivers of defendant's appearances for the March 22 hearing, if necessary.

DATE: January 7, 2010

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE

3